UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BIOLA DANIEL, ABEL DURAN, and
TREKEELA PERKINS, on behalf of
themselves and all others similarly situated,
                                  Plaintiffs,

        -against-

TOOTSIE ROLL INDUSTRIES, LLC,
                                Defendant.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/2/18

17 CIVIL 7541 (NRB)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated August 1, 2018, defendant's motion to dismiss plaintiffs' First Amended Class Action Complaint is granted and judgment is entered for defendant; accordingly, the case is closed.

**Dated:** New York, New York
           August 2, 2018

                                            RUBY J. KRAJICK
                                               Clerk of Court
                              BY:
                                                  *[signature]*
                                               Deputy Clerk