**Federal Rules of Appellate Procedure Form 1.  Notice of Appeal to a Court of Appeals From a Judgment or Order of a District Court.**

United States District Court for the District of
Southern District of New York

File Number 1:17-cv-07541

Daniel et al.  )
    *Plaintiff,*  )
v.  )         Notice of Appeal

Tootsie Roll Industries, LLC  )
    *Defendant.*  )

Notice is hereby given that Pfs. Biola Daniel, Abdel Duran, Trekeela Perkins , (plaintiffs) (defendants) in the above-named case*, hereby appeal to the United States Court of Appeals for the Second Circuit (from the final judgment) (from an order (describing it)) entered in this action on the second day of AUGUST , 20 18 .

/s/
C.K. Lee

Attorney for all plaintiffs
Address: Lee Litigation Group, PLLC, 30 East 39th Street, Second Floor, New York, NY 10016

[*Note to inmate filers: If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.*]

*See Rule 3(c) for permissible ways of identifying appellants